NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE CATALINO QUINTEROS RAMOS, | No. 11-72907 |
| Petitioner, | Agency No. A072-130-907 |
| v. | MEMORANDUM* |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 19, 2012**

Before:    GOODWIN, WALLACE, and FISHER, Circuit Judges.

Jose Catalino Quinteros Ramos, a native and citizen of El Salvador, petitions

for review of the Board of Immigration Appeals' ("BIA") order denying his

motion to reopen removal proceedings based on ineffective assistance of counsel.

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen and review de novo questions of law. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir.2005). We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying Quinteros Ramos's motion to reopen where Quinteros Ramos has not established prejudice from his prior counsel's alleged ineffective assistance. *See id.* at 793-94 (prejudice results when "the performance of counsel was so inadequate that it may have affected the outcome of the proceedings").

We lack jurisdiction over Quinteros Ramos's contention that the immigration judge failed to advise Quinteros Ramos properly about the fingerprinting requirement because this is not a timely challenge to the agency's prior order. *See Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**